IN THE UNITED STATES DISTRICT COURT
Northern DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Johnny D. Hunt, | Case No. 1:17-cv-3476 |
| | Honorable Jorge L. Alonso |
| Plaintiff, | |
| v. | |
| | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| Ocwen Loan Servicing, LLC, | |
| Defendant. | |

_____

**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

The Plaintiff, Johnny Hunt ("Plaintiff"), and Defendant, OCWEN LOAN SERVICING, LLC ("Defendant") (jointly the "Parties"), hereby move this Honorable Court to dismiss the above-entitled action with prejudice. In support of this joint motion, the Parties state as follows:

1. The Parties have reached a settlement in this action;
2. The Parties to this litigation have jointly entered into this Stipulation;
3. Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;
4. The Parties are to bear their own fees and costs;
5. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and the Defendant; and
6. The Parties agree that this Court may proceed to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREFORE, the Parties jointly move this Court to dismiss the above-captioned action with prejudice.

Dated: October 24, 2018        HYDE & SWIGART

                                                    By:   */s Anthony Chester*
                                                          Anthony P. Chester (P77933)
                                                          HYDE & SWIGART
                                                          120 South 6th Street, Suite 2050
                                                          Minneapolis, MN 55402
                                                          Telephone: (952) 225-5333
                                                          Email: tony@westcoastlitigation.com

Dated: October 24, 2018        HINSHAW & CULBERTSON LLP

                                                      By:   */s Jennifer W. Weller*
                                                          Jennifer W. Weller
                                                          HINSHAW & CULBERTSON LLP
                                                          151 North Franklin Street, Suite 2500
                                                          Chicago, IL 60606
                                                          Telephone: (312) 704-3000
                                                          Email: jweller@hinshawlaw.com